IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A. L.L., A.L. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-4998 |
| | : | |
| LABORATORY CHARTER SCHOOL | : | |

## ORDER AND JUDGMENT

**AND NOW**, this 24th day of November 2025, upon considering plaintiffs' motion for attorneys' fees and costs (DI 20), defendant's opposition (DI 25), plaintiffs' reply (DI 27), defendant's request to amend its answer with new matter and a counterclaim, and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant's request to amend its answer with new matter and a counterclaim is **DENIED**.

2. Plaintiffs' motion for attorneys' fees and costs (DI 20) is **GRANTED**. We award to plaintiffs judgment in the amount of $164,173.84, which fees and costs petitioners incurred from the administrative due process proceeding and the two related federal cases.

3. The Clerk of Court shall mark this matter **closed**.

MURPHY, J.